IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONARD ROSS, II, | ) | No. C 11-2806 JW (PR) |
| Petitioner, | ) | |
| vs. | ) ) ) | ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR EXTENSION OF TIME |
| G. SWARTHOUT, Warden, | ) | |
| Respondent. | ) ) | Doc. #12 |

Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a criminal judgment from Santa Clara County superior court. (Docket No. 5.) On April 3, 2012, Respondent filed an Answer to the habeas petition. Petitioner's traverse was due May 4, 2012. Six weeks after the deadline has passed, Petitioner requests an extension of time to August 22, 2012, to file his traverse. (Docket No. 12.) Petitioner does not demonstrate good cause for an extension of nearly four months. Accordingly, Petitioner's request is GRANTED IN PART AND DENIED IN PART. Petitioner shall file his traverse by July 23, 2012.

IT IS SO ORDERED.

DATED: June 26, 2012

JAMES WARE
United States District Chief Judge