**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LEONARD ROSS, II,                    )    No. C 11-2806 JW (PR)
                                          )
11                 Petitioner,            )
                                          )    ORDER GRANTING IN PART
12      vs.                               )    AND DENYING IN PART
                                          )    REQUEST FOR EXTENSION OF
13                                        )    TIME
     G. SWARTHOUT, Warden,                )
14                                        )
                                          )
15                 Respondent.            )
     _____)    Doc. #12
16

17          Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. §

18   2254 challenging a criminal judgment from Santa Clara County superior court.

19   (Docket No. 5.)  On April 3, 2012, Respondent filed an Answer to the habeas

20   petition.  Petitioner's traverse was due May 4, 2012.  Six weeks after the deadline

21   has passed, Petitioner requests an extension of time to August 22, 2012, to file his

22   traverse.  (Docket No. 12.)  Petitioner does not demonstrate good cause for an

23   extension of nearly four months.  Accordingly, Petitioner's request is GRANTED IN

24   PART AND DENIED IN PART.  Petitioner shall file his traverse by July 23, 2012.

25          IT IS SO ORDERED.

26

27   DATED: June 26, 2012

     JAMES WARE
28   United States District Chief Judge